GRAND RAPIDS & INDIANA RAILWAY CO. *v.* CHARLE-
VOIX CIRCUIT JUDGE.

MANDAMUS—WHEN LIES.

> *Mandamus* will not lie to vacate an order sustaining a demur-
> rer to a plea in abatement. *Carpenter* v. *St. Clair Circuit
> Judge,* 122 Mich. 323, overruled.

*Mandamus* by the Grand Rapids & Indiana Railway
Company to compel Frederick W. Mayne, circuit judge of
Charlevoix county, to set aside an order sustaining a
demurrer to a plea in abatement. Submitted May 1,
1903. (Calendar No. 19,929½.) Order to show cause
denied May 1, 1903.

*James B. Howard,* for relator.

PER CURIAM. This is a petition for *mandamus* to
compel the respondent to set aside an order sustaining a
demurrer to a plea in abatement. The case is ruled by
the case of *Michigan Mut. Fire-Ins. Co.* v. *Wayne Cir-
cuit Judge,* 112 Mich. 270 (70 N. W. 582), in which it
was attempted to fix a rule for these cases, and which was
followed in *St. Clair Tunnel Co.* v. *St. Clair Circuit
Judge,* 114 Mich. 417 (72 N. W. 249), *Reed* v. *St. Clair
Circuit Judge,* 122 Mich. 157 (80 N. W. 985), and *Im-
proved-Match Co.* v. *Michigan Mut. Fire-Ins. Co.,* 122
Mich. 259 (80 N. W. 1088). It seems that these cases
were overlooked at the time of the decision of *Carpenter*
v. *St. Clair Circuit Judge,* 122 Mich. 323 (81 N. W. 95).
The order to show cause is denied.